NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: JESSICA MORRIS, GLENN RIGGS, AMY DALEY, MIKE SELLEN, KENNETH HOWARD, MICHAEL SADOWSKI,**

*Appellants*

---

2023-1015

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 11/458,603.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                              IN RE: MORRIS

(2)  Each side shall bear their own costs.

                                FOR THE COURT

April 14, 2023
    Date                        /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court


**ISSUED AS A MANDATE:** April 14, 2023